# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| CITY OF PHILADELPHIA | : No. 352 EAL 2017 |
| | : |
| | : |
| | : |
| v. | : Petition for Allowance of Appeal from |
| | : the Order of the Commonwealth Court |
| | : |
| JOSE RIVERA, PAULA MARINO, THE | : |
| UNITED STATES OF AMERICA AND | : |
| HARRISON, INC. | : |
| | : |
| | : |
| | : |
| PETITION OF: JOSE RIVERA AND | : |
| PAULA MARINO | : |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 27th day of December, 2017, the Petition for Allowance of Appeal is **DENIED**.